B6F (Official Form 6F) (12/07)

In re **Philip H. Friend**, Case No. **09-50037**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>The Standard Beef Company<br>216 Food Terminal Plaza<br>New Haven, CT 06511 | | - | Any and all possible claims arising out of employment and consulting contract with Standard beef including business decisions and claims of negligence, errors or omissions and any alleged disputed claims of forgery or embezzlement or theft | | | X | 350,000.00 |
| Account No. 3727-641492-62009<br><br>American Express<br>PO Box 1270<br>Newark, NJ 07101 | | - | 2006<br>Credit Card debt-business expenses generally | | | | 25,523.99 |
| Account No. 3715-399251-61000<br><br>American Express<br>PO Box 1270<br>Newark, NJ 07101 | | - | Disputed credit card debt relating to business debt of and for Standard Beef Company, business expenses | | | X | 14,310.00 |
| Account No.<br><br>American Express Travel<br>C/O Tobin & Melien<br>45 Court Street<br>New Haven, CT 06511 | | - | lawsuit on corporate credit card-disputed claim of personal liability | | | X | 25,332.40 |

__4__ continuation sheets attached

Subtotal (Total of this page) **415,166.39**

B6F (Official Form 6F) (12/07) - Cont.

In re **Philip H. Friend**, Case No. **09-50037**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Berger Legal<br>58 Olmstead Lane<br>Ridgefield, CT 06877 | | - | 2007<br>legal services and fees | | | X | 8,000.00 |
| Account No.<br><br>ERE LLP<br>440 Park Ave South<br>New York, NY 10016 | | - | 2007<br>Business Accounting Fees | | | | 20,000.00 |
| Account No.<br><br>Farmers Educational & Coop<br>C/O Fredrikson & Byron P.A.<br>200 South Sixth Street<br>Suite 400<br>Minneapolis, MN 55402-1425 | | - | Lawsuit for various tort claims-disputed liability as to debtor and others | | | X | 1,000,000.00 |
| Account No.<br><br>Farmers Union Industries, LLC<br>C/O Fredrikson & Byron P.A.<br>200 South Sixth Street<br>Suite 400<br>Minneapolis, MN 55402-1425 | | - | Lawsuit alleging various tort claims-disputed claimd with regard to debtor and others-duplicate claim as Farmers Cooperative above,disputed unknown claim of signifigant amounts | | | X | Unknown |
| Account No.<br><br>Flandreau Development Corp.<br>1005 West Elm Avenue<br>Flandreau, SD 57028 | | - | 2006<br>disputed lawsuit claiming breach of duty and other torts-disputed liability as to debtor | | | X | 850,000.00 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,878,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Philip H. Friend**, Case No. **09-50037**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Friend v. Friend**<br><br>**Friedman, Kates, Pearlman**<br>**47 Orient Way**<br>**Rutherford, NJ 07070** | | - | 2006<br>Legal Fees | | | | **9,000.00** |
| Account No.<br><br>**Greater Huron Development Corp**<br>**340 Dakota Avenue**<br>**Attention-Jim Borsich**<br>**Huron, SD 57350** | | - | personal guaranty of business loan | | | | **135,000.00** |
| Account No. **X8636246-HC-ST512-878**<br><br>**IC Systems**<br>**444 Highway 96 East**<br>**PO Box 64378**<br>**Saint Paul, MN 55164-8029** | | - | Medical bill, collection agent for US1 | | | X | **190.00** |
| Account No.<br><br>**Imgarten International LLC**<br>**4610 Mercedes Drive**<br>**Belcamp, MD 21017** | | - | 2008<br>loan claim and any and all claims arising out of employment,including claims of errors, omissions or negligence | | | X | **Unknown** |
| Account No. **18015-1**<br><br>**Irving Paltrowitz MD**<br>**Paltrowitz,Goldfarb,Schmidt MD**<br>**1086 Teaneck Road**<br>**Suite 4C**<br>**Teaneck, NJ 07666** | | - | Medical bill for son Matthew-unknown and unauthorized medical services | | | X | **3,390.00** |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **147,580.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Philip H. Friend**, Case No. **09-50037**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Long and Foster<br>4440 Brookfield Corporate Dr.<br>Chantilly, VA 20151 | | - | lease claim | | | X | 9,250.00 |
| Account No.<br>Michael Imgarten<br>4610 Mercedes Drive<br>Belcamp, MD 21017 | | - | 2008<br>loan claim and any and all claims arising out of employment including claims of negligence, errors or omissions | | | X | Unknown |
| Account No.<br>Peter Alpert<br>111 Carmalt Road<br>Hamden, CT 06514 | | - | Any and all potential claims arising out of Ridgefield Farms LLC and Ridgefield Farms of S. Dakota LLC business ventures and any contribution claims relating to same and any guarantees, including Webster Bank dispute | | | X | Unknown |
| Account No. 8866-00001-GAD<br>Seigel, O'Connor, O'Donnell<br>150 Trumbull St<br>Hartford, CT 06103 | | - | 2008<br>Legal Fees | | | | 12,262.82 |
| Account No. 4190-0043-5611-9028<br>US BANK<br>PO Box 790408<br>Saint Louis, MO 63179 | | - | 2005<br>Credit Card debt | | | | 11,959.42 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,472.24**

B6F (Official Form 6F) (12/07) - Cont.

In re **Philip H. Friend**, Case No. **09-50037**
　　　　　　　　　　　　Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4465-6150-0045-1414<br><br>Washington Mutual Card Service<br>PO Box 660487<br>Dallas, TX 75266 | - | | 2006<br>Credit Card debt | | | | 14,765.45 |
| Account No. ALSO0454750001362<br><br>Webster Bank<br>P.O. Box 1809<br>Hartford, CT 06144-1809 | - | | 2007<br>personal guarantee of business loan, disputed as to liability and amount, may be duplicate of Schedule D  ex-parte attachment debt listed | | | X | 116,317.33 |
| Account No.<br><br>Weinstein Wholeasale Meats<br>7501 Industrial Drive<br>Forest Park, IL 60130-2515 | - | | 2007<br>personal guarantee of business debt | | | | 75,000.00 |
| Account No. 6035251110233900<br><br>Zales<br>PO Box 689187<br>Des Moines, IA 50368-9187 | - | | store credit account | | | | 1,200.00 |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **207,282.78**

Total (Report on Summary of Schedules) **2,681,501.41**