UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-50037 (AHWS) |
| FRIEND, PHILIP H. | ) | CHAPTER 7 |
| | ) | |

ORDER EXTENDING TIME IN WHICH
TRUSTEE MAY OBJECT TO DISCHARGE

Whereas, after notice and a hearing on the Motion to Extend Time in Which Trustee May Object to Discharge, this Court hereby

Orders that it the motion is GRANTED and the time in which the Trustee may object to the discharge of the Debtor is extended to June 15, 2009.

Dated: May 28, 2009                              BY THE COURT

Alan H. W. Shiff
United States Bankruptcy Judge